UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>NELSON ALEXANDER PEREZ,<br><br>Defendant. | NO.     CR-11-107-WFN-15<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

Pending before the Court is Defendant's Motion to Modify Order Setting Conditions of Release (ECF No. 1189). The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Modify Order Setting Conditions of Release, filed on October 11, 2012, **ECF No. 1189**, is **GRANTED.**

2. The Defendant shall be allowed to travel to Bradenton, Florida on October 27, 2012, to reside with his parents prior to reporting to FPC Pensacola on November 1, 2012. All other conditions of the Order Setting Conditions of Release (ECF No. 284) shall remain in effect.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Erik Carlson.

**DATED** this 11th day of October, 2012.

10-11-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER MODIFYING CONDITIONS OF RELEASE- 1