PROB 12C
(7/93)

Report Date: October 14, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 4 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nelson Alexander Perez    Case Number: 0980 2:11CR00107-WFN-15

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 19, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 846 |
| Original Sentence: | Prison 40 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: December 15, 2014 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: December 14, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Perez violated his conditions of supervised release in Spokane, Washington, by being arrested for delivery of a controlled substance. Mr. Perez was arrested by agents with the Drug Enforcement Administration (DEA) on October 14, 2015. The matter is pending to be heard before the Grand Jury in the Eastern District of Washington for indictment. The undersigned officer was personally informed by agents that Mr. Perez had been involved in the sale of cocaine, and agents have completed multiple controlled purchases from Mr. Perez. |
| | At the time of this report, the results of a search of Mr. Perez' residence is pending. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/14/2015

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/14/15
Date